IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| RONALD BROTHERS, | CV 18–142–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS MONACO; JARED GUISINGER; SCOTT BURLINGHAM; THORIN GEIST; BILL LOWER; RAVALLI COUNTY; AND DOES 1–10, | |
| Defendants. | |

Before the Court is Defendant Attorney General Tim Fox's Unopposed Motion to Dismiss. (Doc. 16.) Plaintiff Ronald Brothers filed a First Amended Complaint, which does not name Fox as a defendant. The First Amended Complaint supersedes the original complaint, and Fox shall be dismissed.

IT IS ORDERED that the motion (Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that Fox's previously filed motion to dismiss (Doc. 5) is DENIED as moot.

DATED this 17th day of October, 2018.

Dana L. Christensen, Chief District Judge
United States District Court