IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD BROTHERS,<br><br>        Plaintiff,<br><br>vs.<br><br>NICHOLAS MONACO, JARED GUISINGER, SCOTT BURLINGHAM, THORIN GEIST, BILL LOWER, RAVALLI COUNTY, and DOES 1-10,<br><br>        Defendants. | CV 18–142–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal. (Doc. 38.) The parties agree that dismissal with prejudice is appropriate, as the parties have reached a settlement on the merits.

Accordingly, IT IS ORDERED that this matter is DISMISSED with PREJUDICE. Each party shall bear its own costs.

DATED this 23rd day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court